*Form L247* (3/23)–doc 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark Leslie Kennedy<br>　Debtor(s) | Case No. 23–11688–pmm<br>Chapter 7 |
| Nancy Berrian<br>Plaintiff | |
| | Adversary No. 23–00067–pmm |
| v. | |
| Mark Leslie Kennedy<br>Defendant | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before November 13, 2023, except that the United States and its offices and agencies shall submit a motion or answer to the complaint on or before November 15, 2023.

| Address of the clerk | Eastern District of Pennsylvania<br>United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name/Address of Plaintiff's Attorney | STANLEY J. ELLENBERG<br>Law Offices of Standley J. Ellenberg<br>1500 JFK Blvd.<br>Suite 1825<br>Philadelphia, PA 19102 |
|---|---|

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



For The Court

Timothy B. McGrath
Clerk of Court

Date: October 11, 2023