*Form L247* (3/23)–doc 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark Leslie Kennedy<br>  Debtor(s) | Case No. 23–11688–pmm<br>Chapter 7 |
| Nancy Berrian<br>Plaintiff | |
| | Adversary No. 23–00067–pmm |
| v. | |
| Mark Leslie Kennedy<br>Defendant | |

## ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before December 13, 2023, except that the United States and its offices and agencies shall submit a motion or answer to the complaint on or before December 18, 2023.

Address of the clerk
        Eastern District of Pennsylvania
        United States Bankruptcy Court
        Office of the Clerk, Gateway Building
        201 Penn Street, 1st Floor
        Reading, PA 19601

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name/Address of Plaintiff's Attorney
        STANLEY J. ELLENBERG
        Law Offices of Standley J. Ellenberg
        1500 JFK Blvd.
        Suite 1825
        Philadelphia, PA 19102

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



For The Court

Timothy B. McGrath
Clerk of Court

Date: November 13, 2023