**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (READING)**

| | | |
|---|---|---|
| **IN RE: Mark Leslie Kennedy** | ) | Case No. 23-11688-pmm |
| | ) | |
| **Debtor** | ) | CHAPTER 7 |

| | | |
|---|---|---|
| **Nancy Berrian,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | Adversary No. 23-00067-pmm |
| | ) | |
| **Mark Leslie Kennedy,** | ) | |
| | ) | |
| **Defendant** | ) | |

**CERTIFICATE OF SERVICE**

I, Karen L. Hoffmann, hereby certify that, in accordance with Federal Rule of Bankruptcy Procedure 7004, on this date I served a true and correct copy of the Alias Summons in an Adversary Proceeding on the following via First Class Mail:

**Mark Leslie Kennedy**
1503 Center Street
Bethlehem, PA 18018

**Charles Laputka, Esquire**
Laputka Law Office
1344 W. Hamilton St.
Allentown, PA 18102
*Attorney for Defendant*

    Respectfully submitted,

    LAW OFFICES OF STANLEY J. ELLENBERG, P.C.
    */s/ Karen L. Hoffmann*
    Karen L. Hoffmann, Esquire
    *Attorneys for Plaintiff*

Dated: November 13, 2023