United States Bankruptcy Court

Eastern District of Pennsylvania

Berrian,
    Plaintiff

Kennedy,
    Defendant

Adv. Proc. No. 23-00067-pmm

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 13, 2023 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Mark Leslie Kennedy, 1503 Center Street, Bethlehem, PA 18018-2506 |
| pla | + | Nancy Berrian, 506 Farmview Rd, Forks, PA 18040-7536 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Dec 13 2023 23:56:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Defendant Mark Leslie Kennedy claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| STANLEY J. ELLENBERG | on behalf of Plaintiff Nancy Berrian ebergs@aol.com  ron@sellenberglaw.com |

District/off: 0313-4 User: admin Page 2 of 2
Date Rcvd: Dec 13, 2023 Form ID: pdf900 Total Noticed: 3
TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Mark Leslie Kennedy,** | : | Chapter 7 |
| | : | |
| Debtor. | : | Bky. No. 23-11688 (PMM) |
| | : | |
| **Nancy Berrian,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | Adv. No. 23-0067 (PMM) |
| **Mark Leslie Kennedy,** | : | |
| | : | |
| Defendant. | | |

**ORDER**

**AND NOW**, upon consideration of the Defendant's "Objection to Complaint" (doc. #8, the "Motion"):

AND the Motion seeking relief described as a "preliminary objection;"

BUT this relief is not provided for in the Federal Rules of Civil Procedure, which governs pleadings in federal Bankruptcy Court;

AND the Motion citing in support of the relief sought the Pennsylvania Rules of Civil Procedure (the "PA Rules");

BUT the PA Rules not being applicable to this federal court;

It is therefore hereby **ORDERED** that:

1) The Motion is **denied**; and

2) On or before **January 3, 2024**, the Defendant must file either an Answer to the Complaint or a pleading conforming with the applicable rules.

Dated: 12/13/23

_Patricia M. Mayer_

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge