**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Mark Leslie Kennedy,** | : | Chapter 7 |
| | : | |
| Debtor. | : | Bky. No. 23-11688 (PMM) |
| | : | |
| **Nancy Berrian,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | Adv. No. 23-0067 (PMM) |
| **Mark Leslie Kennedy,** | : | |
| | : | |
| Defendant. | | |

-----------------------------------------------

**ORDER SETTING BRIEFING SCHEDULE**

**AND NOW**, upon consideration of the Defendant's Motion to Dismiss the Amended Complaint (doc. #26, the "Motion"):

It is hereby **ORDERED** that:

1) The Plaintiff must file a response to the Motion on or before **April 17, 2024**; and

2) The Defendant may file a reply to the Plaintiff's response, if he chooses, on or before **May 1, 2024**.

Dated: 3/27/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge