UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (READING)

| | | |
|---|---|---|
| IN RE:    Mark Leslie Kennedy, <br><br> Debtor, | : <br> : <br> : <br> : | Case No. 23-11688-PMM |
| Nancy Berrian, <br>      Plaintiff, <br>    vs. <br><br> Mark Leslie Kennedy, <br><br>      Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Adversary No. 23-00067-PMM |

**DEFENDANT'S ANSWER TO ADVERSARIAL COMPLAINT**

**AND NOW,** comes Defendant, Mark Leslie Kennedy, by and through his counsel, Charles Laputka, Esq., and files the following Response to Plaintiff's Complaint, and avers as follows:

1. Denied. Defendant is without the knowledge, information or belief to form an opinion as to the truth of matter asserted. Strict proof is demanded.

2. Admitted.

3. Admitted.

4. Denied. Movant's paragraph # 4 is a conclusion of law to which no response is required if a response is required, same is denied. Strict proof is demanded.

5. Admitted.

6. Denied. Movant's paragraph # 6 is a conclusion of law to which no response is required if a response is required, same is denied. Strict proof is demanded.

7. Admitted.

8. Denied.

9. Denied. Movant's paragraph # 9 is a conclusion of law to which no response is required if a response is required, same is denied. Strict proof is demanded.

10. Denied.

11. Admitted.

12. Denied. Defendant does not recall when construction was started.

13. Admitted in part and Denied in part. Defendant admits to sending employees to work on the project. Defendant denies all other allegations in paragraph 13.

14. Admitted.

15. Admitted in part and Denied in part. It is Admitted that Defendant and Plaintiff met. Defendant denies making any specific promises of when work would start or finish.

16. Admitted in part and Denied in part. It is Admitted that Defendant provide an amended estimate to Plaintiff. It is Denied that this amended estimate was for work already performed or agree upon. By way of further answer, Plaintiff specifically wanted a 3 year guarantee on all components of the house even components that were not installed, moved, or changed by Defendant.

17. Denied. Defendant is without the knowledge, information or belief to form an opinion as to the truth of matter asserted. Strict proof is demanded.

18. Denied. By way of further answer, Defendant was ready and willing to complete the work contracted for but was unwilling to provide the additional work that was requested by Plaintiff for not additional increase in payment to Defendant.

19. Denied. Defendant is without the knowledge, information or belief to form an opinion as to the truth of matter asserted. Strict proof is demanded.

20. Denied.  Defendant is without the knowledge, information or belief to form an opinion as to the truth of matter asserted.  Strict proof is demanded.

21. Denied.  Defendant is without the knowledge, information or belief to form an opinion as to the truth of matter asserted.  Strict proof is demanded. B way of further answer, Defendant repeatedly attempted to contact Plaintiff in an attempt to resolve the misunderstanding but was ignored by Plaintiff.

22. Admitted.

23. Denied. Movant's paragraph # 23 is a conclusion of law to which no response is required if a response is required, same is denied.  Strict proof is demanded.

24. Denied. Movant's paragraph # 24 is a conclusion of law to which no response is required if a response is required, same is denied.  Strict proof is demanded.

25. Denied. Movant's paragraph # 25 is a conclusion of law to which no response is required if a response is required, same is denied.  Strict proof is demanded.

26. Denied. Movant's paragraph # 26 is a conclusion of law to which no response is required if a response is required, same is denied.  Strict proof is demanded.

27. Denied. Movant's paragraph # 27 is a conclusion of law to which no response is required if a response is required, same is denied.  Strict proof is demanded.

28. Denied. Movant's paragraph # 28 is a conclusion of law to which no response is required if a response is required, same is denied.  Strict proof is demanded.

29. Denied. Movant's paragraph # 29 is a conclusion of law to which no response is required if a response is required, same is denied.  Strict proof is demanded.

30. Denied.  Defendant is without the knowledge, information or belief to form an opinion as to the truth of matter asserted. Strict proof is demanded.

31. Denied. Movant's paragraph # 31 is a conclusion of law to which no response is required if a response is required, same is denied. Strict proof is demanded.

32. Denied. Movant's paragraph # 35 is a conclusion of law to which no response is required if a response is required, same is denied. Strict proof is demanded.

WHEREFORE, the Defendant respectfully requests this Honorable Court find in favor of the Defendant and grant other further relief as deemed just and appropriate.

| | |
|---|---|
| Date:  May 21, 2024 | By: */s/ Charles Laputka* |
| | Charles Laputka, Esquire |
| | Attorney for Defendant |
| | Atty. I.D. No: 091984 |
| | 1344 W. Hamilton Street |
| | Allentown PA 18102 |
| | (610) 477-0155 |