**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Mark Leslie Kennedy,** | : | Chapter 7 |
| | : | |
| Debtor. | : | Bky. No. 23-11688 (PMM) |
| | : | |
| **Nancy Berrian,** | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | Adv. No. 23-0067 (PMM) |
| **Mark Leslie Kennedy,** | : | |
| | : | |
| Defendant. | : | |

## ORDER SCHEDULING HEARING

**AND NOW**, upon consideration of the Defendant's statement in his Answer (doc. #35) to the Complaint that he denies that this Court has jurisdiction to adjudicate this matter and that "[s]trict proof is demanded;"

It is hereby **ordered** that a hearing will be held on **Tuesday, June 4, 2024 at 11:00 a.m. in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601**.

Dated: 5/22/24

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge