## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| Mark Leslie Kennedy, | : | Case # 23-11688-PMM |
| Debtor | : | |
| Nancy Berrian, | : | |
| Plaintiff, | : | Adv. No.: 23-00076 |
| VS. | : | |
| Mark Leslie Kennedy, | : | |
| Defendant | : | |

### JOINT STATEMENT REGARDING MEDIATION

Pursuant to this Court's Pre-Trial Order dated May 28, 2024, counsel states the following:

Plaintiff, Nancy Berrian, consents  X  , does not consent _____, that this case be assigned to the Court Annexed Mediation Program.

Defendant, Mark Leslie Kennedy, does not consent to this case being assigned to the Court Annexed Mediation Program.

Dated: _____

Dated: 6/11/24

/s/ Charles Laputka
Charles Laputka, Esquire
Attorney for Plaintiff
1344 W Hamilton St, Allentown PA 18102
claputka@laputkalaw.com
610/477-0155

_____
Stanley J. Ellenberg, Esquire
Law Offices of Stanley J. Ellenberg

1500 JFK Blvd., Suite 1825
Philadelphia, PA 19102
ebergs@aol.com
215/790-1682