**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Mark Leslie Kennedy,** | : | Chapter 7 |
| | : | |
| Debtor. | : | Bky. No. 23-11688 (PMM) |
| | : | |
| **Nancy Berrian,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Adv. No. 23-0067 (PMM) |
| **Mark Leslie Kennedy,** | : | |
| | : | |
| Defendant. | : | |

-----------------------------------------------

**ORDER**

**AND NOW**, it is hereby **ordered** that:

1. Trial will take place on **Wednesday, October 2, 2024 at 10:00 a.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601;

2. The following procedures will govern the trial:

    a. On or before **September 26, 2024**, any party intending to call a witness to testify shall file and serve[1] a Witness List setting forth the following:

     i. the name and title of the witness; and

     ii. a summary of subject matter of the anticipated testimony;

    b. On or before **September 26, 2024**, any party intending to offer into evidence

---

[1] It is contemplated and preferred that all service required by this Order will be accomplished by e-mail. However, other means of service are acceptable so long as the document to be served is received within one (1) business day of service.

exhibits shall:

   i. pre-mark each exhibit;

   ii. convert *each* exhibit to a *separate* pdf;

   iii. serve each party with each pre-marked exhibit on the exhibit list;2

   iv. deliver the exhibit list and each exhibit to the court by e-mailing them to the Courtroom Deputy at PMM_CRD@paeb.uscourts.gov

*/s/ Patricia M. Mayer*

**Date: 9/5/24**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

---

<sup>2</sup> If an exhibit is on the docket, counsel may reference the applicable CM/ECF docket number rather than serving the exhibit itself on opposing counsel. However, an exhibit used in connection with the testimony of a witness must be supplied to the witness at the time of testimony.